IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMIE WANLESS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>Defendant. | No.  2:23-CV-0405-DMC<br><br><br><br>ORDER |

      Plaintiffs Tammie and Mike Wanless, who are proceeding with retained counsel, bring this civil action.  The parties have filed a stipulated request for voluntary dismissal.  See ECF No. 30.  Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate ECF No. 30 as a pending motion and close this file.

      IT IS SO ORDERED.

Dated:  August 16, 2024

                                              _____<br>
                                              DENNIS M. COTA<br>
                                              UNITED STATES MAGISTRATE JUDGE